Patrick J. Reilly
Nevada Bar No. 6103
Jenny L. Routheaux
Nevada Bar No. 11258
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV  89169
Phone: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com
jlroutheaux@hollandhart.com

*Attorneys for Defendant Clark County Collection Service, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SU CLINTON, | CASE NO.:  2:10-CV-01007-JCM-RJJ |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CLARK COUNTY COLLECTION SERVICE, LLC, DOES 1 through 5, inclusive | |
| Defendants. | |

Plaintiff, SU CLINTON (hereinafter "Plaintiff") and CLARK COUNTY COLLECTION SERVICE, LLC (hereinafter "Defendant" and collectively with Plaintiff as the "Parties"), by and through their undersigned counsel of record, hereby state, stipulate and agree as follows:

1. That this matter, including any and all claims and counterclaims that were asserted or that could have been asserted by the Parties against one another, shall be dismissed with prejudice;

2. That each of the Parties shall bear its or her own costs and attorney's fees.

/ / /

/ / /

1

4863410_1.DOC

3. That CCCS agrees that it shall not in the future seek to collect or otherwise report to any credit reporting agency the debt disputed by Plaintiff in Paragraph 9 of the Complaint on file herein.

DATED this 24th day of August, 2010                DATED this 24th day of August, 2010

/s/ Patrick Reilly                                                    Donn W. Prokopius
Patrick J. Reilly, Esq.                                               Donn W. Prokopius, Esq.
HOLLAND & HART LLP                                         931 S. 3rd Street
3800 Howard Hughes Parkway                              Las Vegas, Nevada 89101
10th Floor
Las Vegas, Nevada 89169                                      *Attorneys for Plaintiff*

*Attorneys for Defendant*

## ORDER

Based upon the foregoing stipulation, and other good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that

1. That this matter, including any and all claims and counterclaims that were asserted or that could have been asserted by the Parties against one another, shall be dismissed with prejudice;

2. That each of the Parties shall bear its or her own costs and attorney's fees.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 27, 2010

4863410_1.DOC